83,105-01

Jerome Overstreet
TDCJ#1599743
3001 S. Emily Dr.
Beeville, TX 78102

Honorable Clerk of the Court
Texas Court of Criminal Appeals
Supreme Court Bldg.                              May 19, 2015
201 W. 14th St. Rm. 106
P.O. Box 12308
Austin, TX 78711-2308

Re: State Memorandum, Findings of Fact and Conclusions of Law
    Ex parte Overstreet

Dear Sir,

    I was not provided a copy of State's Memorandum, Findings of Fact and Conclusions of Law, by Tarrant County DA Office. I have only been provided a copy of the the State's Proposed Memorandum, Findings of Fact and Conclusions of Law. Are these two documents different? Please send a copy of the State's Memorandum, Finds of Fact and Conclusions of Law.

    I appreciated your help in this matter. Thank you.

                                        Sincerely,

                                        Jerome Overstreet

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk